# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH E. WILLIAMSON & DEBRA WILLIAMSON  Case Number: 07-71028
428 ROLAND AVENUE
ROCKFORD, IL  61107    SSN-xxx-xx-0705 & xxx-xx-1876

Case filed on: 4/27/2007
Plan Confirmed on: 9/14/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,800.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 002 | SPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LISA WITT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH E. WILLIAMSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SELECT PORTFOLIO SERVICING INC | 28,228.88 | 1,032.30 | 1,032.30 | 0.00 |
|  | Total Secured | 28,228.88 | 1,032.30 | 1,032.30 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 845.77 | 845.77 | 0.61 | 0.00 |
| 006 | LASK ROOFING | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NICOR GAS | 1,568.96 | 1,568.96 | 1.13 | 0.00 |
| 008 | T-MOBILE | 304.57 | 304.57 | 0.22 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 19,100.68 | 19,100.68 | 13.77 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 6,574.07 | 6,574.07 | 4.74 | 0.00 |
| 011 | FRIEDMAN & WEXLER LLC #91761 | 2,431.66 | 2,431.66 | 1.75 | 0.00 |
| 012 | AFNI/VERIZON WIRELESS | 1,615.72 | 1,615.72 | 1.16 | 0.00 |
|  | Total Unsecured | 32,441.43 | 32,441.43 | 23.38 | 0.00 |
|  | Grand Total: | 63,170.31 | 35,973.73 | 3,555.68 | 0.00 |

Total Paid Claimant:      $3,555.68
Trustee Allowance:        $244.32      Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.07         discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008        By  /s/Heather M. Fagan